IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1  | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2  | AGC CHEMICALS AMERICAS INC. |
| Defendant 3  | AMEREX CORPORATION |
| Defendant 4  | ARCHROMA U.S. INC. |
| Defendant 5  | ARKEMA INC. |
| Defendant 6  | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7  | CARRIER GLOBAL CORPORATION |
| Defendant 8  | CHEMDESIGN PRODUCTS, INC |
| Defendant 9  | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

    Diversity

    Federal Question

    The "Mass Action" provisions of the Class Action Fairness Act

    ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

 Count I – Defective Design
 Count II – Failure to Warn
 Count III – Negligence
 Count IV – Negligence Per Se
 Count V – Trespass and Battery
 Count VI – Strict Product Liability
 Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
 Count VIII – Concealment, Misrepresentation, and Fraud
 Count IX – Conspiracy
 Count X – Wrongful Death
 Count XI – Loss of Consortium

 <u>Other Causes of Action:</u>
 Count XII – _____
 Count XIII – _____
 Count XIV – _____
 Count XV – _____
 Count XVI – _____
 Count XVII – _____
 Count XVIII – _____
 Count XIX – _____
 Count XX – _____
 Others
 _____
 _____
 _____

**<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/02/2025

Respectfully Submitted,

The ClaimBridge PLLC

/s/: *[signature]*

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Wise, Kevin Leon | 12/08/1969 | AR | Eastern District of Arkansas | Yes | No | Yes | Kidney Cancer | Counts I-XI |
| 2. | Courtney, Renae Howels | | AR | Eastern District of Arkansas | | | | | Count XI |
| 3. | Wilson, Kenneth | 02/27/1962 | TN | Middle District of Tennessee | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 4. | Wilbur, Amber Lee | 05/23/1977 | WA | Western District of Washington | Yes | No | Yes | Liver Cancer | Counts I-XI |
| 5. | Wilbur, Jason | | WA | Western District of Washington | | | | | Count XI |
| 6. | Webb, Larry Bradley | 11/09/1970 | TX | Western District of Texas | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 7. | Webb, Maria | | TX | Western District of Texas | | | | | Count XI |
| 8. | Taylor, Lee Martin | 06/02/1982 | NC | Western District of North Carolina | No | No | Yes | Thyroid Disease | Counts I-XI |
| 9. | Streetman, Heather Renea | 07/01/1978 | KY | Western District of Kentucky | No | No | Yes | Kidney Cancer, Thyroid Disease, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 10. | Stewart, Gail Marie | 04/07/1947 | NY | Southern District of New York | No | No | | Kidney Cancer | Counts I-XI |
| 11. | Slater, James L. Jr. | 02/28/1958 | OR | District of Oregon | No | No | | Kidney Cancer | Counts I-XI |
| 12. | Skiariot Jr., John Albert | 05/17/1962 | PA | Western District of Pennsylvania | Yes | Yes | No | Testicular Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 13. | Skiariot, Frances Ruth | | PA | Western District of Pennsylvania | | | | | Count XI |
| 14. | Sampson, Sara Sue | 02/25/1971 | TX | Northern District of Texas | No | No | Yes | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 15. | Rusak Sr., Vincent | 07/21/1956 | PA | Western District of Pennsylvania | No | No | Yes | Kidney Cancer | Counts I-XI |
| 16. | Rundle, Clifford Edward | 12/13/1963 | MI | Western District of Michigan | No | No | Yes | Liver Cancer, High Cholesterol | Counts I-XI |
| 17. | Rogers, Doris | 05/30/1948 | TX | Southern District of Texas | No | No | Yes | Kidney Cancer | Counts I-XI |
| 18. | Roberson, Ronald Joe | 03/25/1938 | WY | District of Wyoming | No | No | Yes | Kidney Cancer | Counts I-XI |
| 19. | Reid, Rosemary Vickhouse | 06/15/1950 | VA | Eastern District of Virginia | No | No | Yes | Kidney Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 20. | Ragonese, Mark | 06/29/1963 | CA | Central District of California | No | No | Yes | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 21. | Muldrow, LeAndrew Sr. | 01/13/1958 | PA | Western District of Pennsylvania | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 22. | Payne-Muldrow, Vanita Alberta | | PA | Western District of Pennsylvania | | | | | Count XI |
| 23. | Morgan, Lori Lynne | 01/02/1965 | AL | Northern District of Alabama | Yes | No | Yes | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 24. | Joey, Newton | | AL | Northern District of Alabama | | | | | Count XI |
| 25. | Monroe, Patricia Elizabeth | 02/19/1976 | CA | Central District of California | Yes | No | Yes | Kidney Cancer | Counts I-XI |
| 26. | Monroe, Michael | | CA | Central District of California | | | | | Count XI |
| 27. | Miller, Renita | 02/04/1955 | CA | Central District of California | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 28. | Mangum, Danika Shanay | 06/11/1987 | VA | Eastern District of Virginia | No | No | Yes | Thyroid Disease | Counts I-XI |
| 29. | Lombardo, Joseph Iver | 11/04/1947 | NY | Northern District of New York | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 30. | Bartolotti, Philippa | | NY | Northern District of New York | | | | | Count XI |
| 31. | Libbey, Russell Gordon | 12/04/1952 | CA | Central District of California | Yes | | Yes | Kidney Cancer | Counts I-XI |
| 32. | Libbey, Grace | | CA | Central District of California | | | | | Count XI |
| 33. | Lennell Palmer, Isaac | 10/22/1962 | TN | Western District of Tennessee | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 34. | Koble, Shawn Timothy | 05/16/1961 | FL | Middle District of Florida | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 35. | Koble, Jami | | FL | Middle District of Florida | | | | | Count XI |
| 36. | Kappel, William Matthew | 11/21/1959 | OK | Western District of Oklahoma | Yes | Yes | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 37. | Kappel, Sally Anne | | OK | Western District of Oklahoma | | | | | Count XI |
| 38. | Jordan, Arthur Lewis | 02/28/1955 | TN | Western District of Tennessee | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 42. | Jordan, Kathy Darlene | | TN | Western District of Tennessee | | | | | Count XI |
| 39. | Jones, Jean-Marie | 01/16/1948 | TX | Southern District of Texas | No | No | Yes | Kidney Cancer | Count XI |
| 40. | Johnson, Sherman Alton | 08/01/1967 | OK | Western District of Oklahoma | Yes | No | Yes | Kidney Cancer | Counts I-XI |
| 41. | Ann Johnson, Katherine | | OK | Western District of Oklahoma | | | | | Counts I-XI |
| 43. | Johnson, Ronald Thomas | 10/19/1970 | MO | Western District of Missouri | Yes | No | Yes | Thyroid Cancer, High Cholesterol | Counts I-XI |
| 44. | Johnson, Michal | | MO | Western District of Missouri | | | | | Count XI |
| 45. | Johnson, Marie L | 12/09/1949 | MI | Western District of Michigan | No | No | Yes | Kidney Cancer | Counts I-XI |
| 46. | Jefferies, Debra Ruth | 06/18/1958 | NC | Western District of North Carolina | No | No | Yes | Ulcerative Colitis | Counts I-XI |
| 47. | Huse, Linda Ellen | 01/21/1988 | MO | Western District of Missouri | No | No | Yes | Ulcerative Colitis | Counts I-XI |
| 48. | Hughes, Douglas Earl | 01/02/1961 | OK | Western District of Oklahoma | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 49. | Hollis, Harold Lee Jr. | 12/04/1972 | AR | Eastern District of Arkansas | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 50. | Herman, Nelda Ann OBO Herman, Gerald Orville | 06/20/1942 | OR | District of Oregon | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 51. | Ann Herman, Nelda | | OR | District of Oregon | | | | | Count XI |
| 52. | Hauptmann, Isabelita | 11/17/1947 | TX | Western District of Texas | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 53. | Hauptmann, Dennis | | TX | Western District of Texas | | | | | Count XI |
| 54. | Hart, Danissa LaTanya | 10/12/1967 | NC | Western District of North Carolina | Yes | No | Yes | Liver Cancer, Thyroid Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 55. | Hart Sr., Elston | | NC | Western District of North Carolina | | | | | Count XI |
| 56. | Hardin, Joe Neal | 03/14/1956 | TN | Western District of Tennessee | Yes | Yes | Yes | Kidney Cancer | Counts I-XI |
| 57. | Hardin, Linda Say | | TN | Western District of Tennessee | | | | | Count XI |

| # | Name | DOB | State | District | | | | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 58. | Hajek, Charles Vincent | 10/13/1947 | CA | Eastern District of California | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 59. | Hajek, Sylvia | | CA | Eastern District of California | | | | | Count XI |
| 60. | Graham, Jonathan | 06/02/1952 | FL | Northern District of Florida | No | No | Yes | Kidney Cancer | Counts I-XI |
| 61. | Gonzalez, Louis George | 06/21/1939 | TX | Western District of Texas | No | No | Yes | Kidney Cancer | Counts I-XI |
| 62. | Gill, Mark Christopher | 09/01/1973 | FL | Northern District of Florida | No | No | Yes | Ulcerative Colitis | Counts I-XI |
| 63. | Garcia, Edmundo Noe | 11/10/1955 | TX | Western District of Texas | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 64. | Garcia, David Andrew | 09/30/1966 | MI | Western District of Michigan | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 65. | Francis, Heather Doreen | 08/09/1964 | CT | District of Connecticut | No | No | Yes | Thyroid Cancer | Counts I-XI |
| 66. | Forcucci Jr., David John | 02/18/1966 | NY | Western District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 67. | Foo, Tuck kheong | 03/25/1984 | TX | Northern District of Texas | No | No | Yes | Kidney Cancer | Counts I-XI |
| 68. | Dunn, Edward Marcel | 08/16/1979 | VA | Eastern District of Virginia | Yes | No | Yes | Kidney Cancer | Counts I-XI |
| 69. | Dunn, Naneesha | | VA | Eastern District of Virginia | | | | | Count XI |
| 70. | Duncan, Walter Hugh | 02/05/1951 | MI | Eastern District of Michigan | No | No | Yes | Kidney Cancer | Counts I-XI |
| 71. | Dowdy, Robert Dewey | 11/21/1973 | AL | Middle District of Alabama | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 72. | Dowdy, Jessica | | AL | Middle District of Alabama | | | | | Count XI |
| 73. | Dickey, Cheryl Ann | 08/14/1966 | PA | Western District of Pennsylvania | No | No | Yes | Ulcerative Colitis | Counts I-XI |
| 74. | DePiro, Andrew Dana | 02/17/1973 | FL | Middle District of Florida | No | No | Yes | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 75. | Chalmers, Edna Mae | 04/05/1953 | TN | Western District of Tennessee | No | No | Yes | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 76. | Carsten, James Allen | 10/02/1978 | WA | Western District of Washington | Yes | No | Yes | Kidney Cancer | Counts I-XI |
| 77. | Carsten, Amanda Jean | | WA | Western District of Washington | | | | | Count XI |
| 78. | Campos, Sylvia Ybarra | 04/22/1958 | TX | Western District of Texas | No | No | Yes | Thyroid Disease, High Cholesterol, Kidney Disease | Counts I-XI |
| 79. | Callaham, Warren | 06/02/1955 | SC | District of South Carolina | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 80. | Callaham, Sharon | | SC | District of South Carolina | | | | | Count XI |
| 81. | Bursley, Deborah Lee | 07/07/1951 | CA | Eastern District of California | No | No | Yes | Kidney Cancer, Thyroid Cancer, Colon Cancer | Counts I-XI |
| 82. | Alvarez, Eduardo | 10/20/1973 | TX | Southern District of Texas | No | No | Yes | Kidney Cancer | Counts I-XI |
| 83. | Whyte, Gary Dale | 09/09/1955 | IL | Northern District of Illinois | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 84. | Whyte, Doris Nash | | IL | Northern District of Illinois | | | | | Count XI |
| 85. | Wafer, Iriey Jean | 07/06/1952 | TX | Southern District of Texas | ? | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 86. | Umbinetti, Michael David | 10/17/1961 | NV | District of Nevada | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 87. | Mueco Nascimento, Virginia | | NV | District of Nevada | | | | | Count XI |
| 88. | Turner Sr., Andre Duane | 08/10/1971 | FL | Southern District of Florida | No | No | Yes | Kidney Cancer | Counts I-XI |
| 89. | Townsend, Linda Karen OBO Townsend Jr., Richard Earl | 03/15/1989 | TX | Western District of Texas | No | No | Yes | Kidney Cancer | Counts I-XI |
| 90. | Thompson, Candria Michelle | 07/22/1976 | TN | Western District of Tennessee | No | No | Yes | Kidney Cancer | Counts I-XI |
| 91. | Taylor, Alan Lester | 06/28/1951 | OH | Northern District of Ohio | No | No | Yes | Kidney Cancer, Prostate Cancer, Bladder Cancer | Counts I-XI |
| 92. | Stamm, Bradd Steven | 04/29/1960 | IN | Southern District of Indiana | Yes | No | Yes | Kidney Cancer | Counts I-XI |
| 93. | Stamm, Tina Ann | | IN | Southern District of Indiana | | | | | Count XI |
| 94. | Smedley, Angela Renee | 01/03/1962 | MD | District of Maryland | Yes | No | Yes | Kidney Cancer | Counts I-XI |
| 95. | Brown, Terry | | MD | District of Maryland | | | | | Count XI |
| 96. | Silsbee Jr., Erwin Randolph | 03/21/1952 | GA | Northern District of Georgia | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 97. | Sharpe, Terrance Willie | 09/30/1962 | NJ | District of New Jersey | No | No | Yes | Liver Cancer, High Cholesterol | Counts I-XI |
| 98. | Seibold, Kade Michael | 08/27/1979 | LA | Western District of Louisiana | Yes | No | Yes | Thyroid Disease, Ulcerative Colitis, High Cholesterol, Kidney Disease | Counts I-XI |
| 99. | Seibold, Ashley | | LA | Western District of Louisiana | | | | | Count XI |
| 100. | Seagroves, Karen Denise | 07/20/1976 | TX | Eastern District of Texas | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 101. | Seagroves, Kevin Paul | | TX | Eastern District of Texas | | | | | Count XI |
| 102. | Sampson, Cedric Bion | 12/02/1965 | TX | Eastern District of Texas | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 103. | Reyes, Tricia Lori | 06/04/1971 | CA | Central District of California | ? | No | Yes | Kidney Cancer | Counts I-XI |
| 104. | Phelps, Marnie Ellen | 02/21/1971 | IN | Southern District of Indiana | No | No | Yes | Kidney Cancer | Counts I-XI |
| 105. | Oakley, Scott Earl Sr | 10/02/1965 | WA | Western District of Washington | Yes | No | Yes | Kidney Cancer, High Cholesterol, Lung Cancer | Counts I-XI |
| 106. | Oakley, Marie Rose | | WA | Western District of Washington | | | | | Count XI |
| 107. | Murphy, Johnny Jr. | 12/11/1979 | IL | Northern DIstrict of Illinois | No | No | Yes | Kidney Cancer | Counts I-XI |
| 108. | Mooso Jr., Thomas Henry | 01/14/1983 | TX | Eastern District of Texas | No | No | Yes | Kidney Cancer | Counts I-XI |
| 109. | Mcnally, Dale Richard | 03/31/1955 | PA | Western District of Pennsylvania | Yes | No | Yes | Kidney Cancer, High Cholesterol, Ulcerative Colitis | Counts I-XI |
| 110. | Mcnally, Judy Angela | | PA | Western District of Pennsylvania | | | | | Count XI |
| 111. | Makell, Andre Melvin | 07/02/1961 | NE | District of Nebraska | ? | No | Yes | Kidney Cancer | Counts I-XI |
| 112. | Lott, Robert Dale | 04/29/1953 | LA | Eastern District of Louisiana | ? | No | Yes | Thyroid Disease, High Cholesterol, Bladder Cancer | Counts I-XI |
| 113. | Leon Loza, Ramon Fernando | 09/20/1984 | CA | Northern District of California | Yes | No | Yes | Testicular Cancer | Counts I-XI |
| 114. | Rios Fonseca, Martha | | CA | Northern District of California | | | | | Count XI |
| 115. | Lang, Keith Michael | 04/03/1965 | MI | Eastern DIstrict of Michigan | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 116. | Lang Katherine, M. | | MI | Eastern DIstrict of Michigan | | | | | Count XI |
| 117. | Kuhn Sr., Richard Charles | 11/02/1961 | MD | District of Maryland | No | No | Yes | Kidney Cancer | Counts I-XI |
| 118. | Janvier Sr., Jean Baptiste | 05/25/1965 | LA | Eastern District of Louisiana | Yes | No | Yes | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 119. | Lucien, Celie | | LA | Eastern District of Louisiana | | | | | Count XI |

| # | Name | DOB | State | District | | | | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 120. | Isenberg, Stacey Jene | 12/11/1967 | MI | Eastern District of Michigan | No | No | Yes | Kidney Cancer, Lung Cancer | Counts I-XI |
| 121. | Hughes, Joseph Carrol | 10/28/1964 | MS | Southern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts I-XI |
| 122. | Hughes, Sherrill | | MS | Southern District of Mississippi | | | | | Count XI |
| 123. | Hoover, Lawrence T. | 11/17/1960 | GA | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts I-XI |
| 124. | Hoover, Naomi O. | | GA | Northern District of Georgia | | | | | Count XI |
| 125. | Hollings, Michelle Lugo | 03/25/1977 | TX | Southern District of Texas | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 126. | Hollings, Tory | | TX | Southern District of Texas | | | | | Count XI |
| 127. | Hampton, Ruth Agnes | 01/29/1978 | NV | District of Nevada | No | No | Yes | Ulcerative Colitis, Thyroid Disease | Counts I-XI |
| 128. | Griffith, Mimi Lauretta | 08/23/1956 | GA | Northern District of Georgia | No | No | Yes | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 129. | Featherstone, Richard Thomas | 04/07/1945 | NE | District of Nebraska | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 130. | Doty, Crystal Buchanan | 05/11/1976 | TN | Western District of Tennessee | Yes | No | Yes | Ulcerative Colitis | Counts I-XI |
| 131. | Doty, Jeremy | | TN | Western District of Tennessee | | | | | Count XI |
| 132. | DeNigris, Joseph Frank | 07/17/1971 | CT | District of Connecticut | Yes | Yes | Yes | Kidney Cancer | Counts I-XI |
| 133. | DeNigris, Jessica | | CT | District of Connecticut | | | | | Count XI |
| 134. | Coleman Sr., Michael Anthony OBO Coleman, Janel Martin | 04/03/1972 | CA | Central District of California | Yes | No | Yes | Liver Cancer | Counts I-XI |
| 135. | Coleman, Michael Anthony Sr. | | CA | Central District of California | | | | | Count XI |
| 136. | Charles, Stephanie Lynn | 01/20/1965 | TX | Southern District of Texas | Yes | No | Yes | Thyroid Disease, High Cholesterol | Counts I-XI |
| 137. | Charles, Tony | | TX | Southern District of Texas | | | | | Count XI |
| 138. | Campbell, Michael Anthony | 09/25/1961 | FL | Southern District of Florida | Yes | No | Yes | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 139. | Campbell, Sylvia Marguirte | | FL | Southern District of Florida | | | | | Count XI |
| 140. | Butler, Thomas Alan | 10/27/1962 | NM | District of New Mexico | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 141. | Holguin, Elena | | NM | District of New Mexico | | | | | Count XI |
| 142. | Brock-Leftridge, Martha Gean | 09/19/1958 | AZ | District of Arizona | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 143. | Leftridge, Prince Gene II | | AZ | District of Arizona | | | | | Count XI |
| 144. | Bradley, Patricia Ann | 04/23/1963 | AL | Southern District of Alabama | No | No | Yes | Thyroid Disease, High Cholesterol, Kidney Disease | Counts I-XI |
| 145. | Biggers, Stacy Alexander | 01/10/1956 | NC | Western District of North Carolina | No | No | Yes | Testicular Cancer, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 146. | Beckner, Jacob Edward | 07/18/1978 | TN | Eastern District of Tennessee | Yes | No | Yes | Kidney Cancer, Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 147. | Beckner, Amanda | | TN | Eastern District of Tennessee | | | | | Count XI |
| 148. | Arce, Rene Jesus | 07/17/1974 | TX | Western District of Texas | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 149. | Alldredge, Helen Tando | 02/14/1947 | TX | Eastern District of Texas | No | No | Yes | Kidney Cancer, High Cholesterol | Counts I-XI |
| 150. | Thomas, Calvin Jewonza | 04/19/1958 | DC | District of the District of Columbia | ? | No | Yes | Kidney Cancer | Counts I-XI |